IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM GRIFFEY, | ) | |
| Plaintiff | ) | 2:07cv1458 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge David Stewart Cercone/ |
| PENNSYLVANIA STATE POLICE, | ) | Magistrate Judge Amy Reynolds Hay |
| Defendant | ) | |

## **MEMORANDUM ORDER**

AND NOW, this 14th day of February, 2008, after the Plaintiff, Adam Griffey, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the partied until January 28, 2008, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the case is dismissed for failure to prosecute. The Clerk shall mark this CASE CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

DS Cercone
_____
DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Adam Griffey
06869-068
USP Big Sandy
P.O. Box 2068
Inez, KY 41224